IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAULINA GUIROLA DE DAVID, CORPORATION DE FIANZAS, CONFIANZ S.A., CARLO MAURO-RHODIO GUZMAN JESUS ALBERTO QUIROA MONTEPEQUE ASESORES REGIONALES, S.A., DE C.V., CORPORACION DE INVERSIONES EN OPCIONES Y FUTUROS, S.A., ESBA S.A., JOSE MIGUEL GAITAN ALVAREZ, RICARDO RAMON MAZARIEGOS CATELLANOS AND MARIA VIRGINIA GAITAN DE MAZARIEGOS, JULIO ROBERTO PINEDA AVILA, FRANCISCO JAVIER PAZ PINEDA, JUAN FERNANDO PEREZ MARROQUIN, DIDIER PATRICK WURSTER, ALFREDO PRADANOS VALDIZAN, ALBA MARIA MARLENNE MEANY VALERIO DO HAGE AND NORMA LISSETTE HERNANDEZ SANCHEZ, SAMUEL ANTONIO CHARUCO SAGASTUME, CORPORACION INTEGRAL DE INVERSIONES, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> ALARON TRADING CORPORATION d/b/a ALARON LATIN AMERICA, ALBERTO ALVAREZ, JOSE ("PEPE") ORTEGA, ALBERTO TARAFA, yet undetermined Principals and yet undetermined persons, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. 10 CV 3502 ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF JOINDER IN ALARON'S MOTION TO DISQUALIFY J.B. GROSSMAN AND MOTION TO STAY DISCOVERT UNTIL THIS COURT'S RULING ON THAT MOTION

NOW COMES Alberto Tarafa ("Mr. Tarafa") by and through his attorneys,

Gardiner Koch Weisberg and Wrona, and for his Notice of Joinder in Alaron's Motion to

Disqualify J.B. Grossman ("Grossman") and also requests a Motion to Stay Discovery

Until this Court's Ruling on the Motion to Disqualify. In support thereof, Mr. Tarafa states as follows:

1. On January 17, 2012, Alaron filed its Motion to Disqualify and supporting memorandum. The Motion to Disqualify demonstrates that Plaintiffs' attorney J.B. Grossman is conflicted in his representation of the Plaintiffs. The December 16, 2011 deposition of third-party defendant George de Marcilla establishes that Mr. Grossman obtained confidential information from Defendants (through former Alaron employee George de Marcilla) and is now using such confidential information to his and his clients' advantage in violation of Mr. Grossman's ethical responsibilities. Further, Mr. Tarafa considered Mr. Grossman to be Alaron's attorney. (See Exhibit 1 attached hereto) Accordingly, Mr. Tarafa hereby joins in the Motion to Disqualify.

2. Mr. Tarafa also respectfully suggests that further discovery be stayed pending this Court's ruling on the Motion to Disqualify. George de Marcilla's December 16, 2011, deposition was the first opportunity available to Defendants to develop evidence of the potential conflict. As fact discovery presently is scheduled for completion by June 30, 2012, a brief stay of discovery should not cause any undue delay 01' prejudice any party. Accordingly, Mr. Tarafa respectfully requests that further discovery be stayed until this Court rules on the Motion to Disqualify.

Wherefore, Defendant Mr. Tarafa respectfully requests that this Honorable Court grant him leave to join in Alaron's Motion to Disqualify and stay further fact discovery until this Court's ruling on the Motion to Disqualify.

Dated: January 23, 2012

Respectfully submitted,
Alberto Tarafa


By: /s/ James B. Koch
One of his attorneys

James B. Koch
Gardiner Koch Weisberg & Wrona
53 W. Jackson Blvd., Suite 950
Chicago, Illinois 60604
Telephone: (312) 362-0000
jkoch@gkwwlaw.com
Atty No.: 29637

EXHIBIT

1

I, Alberto Tarafa, on oath and affirmation solemnly swear and affirm as follows;

1. I am competent to make the following statements of which I have personal knowledge;
2. At all relevant times, from 2004 to 2006, I was an associated person of Alaron and doing business at Alaron in Miami, Florida;
3. My branch manager at Alaron was George De Marcilla;
4. In May or June 2004, Mr. De Marcilla directed me to begin a program to solicit individuals from South America; ·
5. Mr. De Marcilla directed me to conduct seminars in South America for which I sought his guidance on commodities, futures, and legal matters;
6. Mr. De Marcilla told me that Alaron, through him, had retained Mr. J. B. Grossman as their attorney and advisor;
7. In 2006, I had numerous questions on how to conduct business in Guatemala and elsewhere which I directed to Mr. De Marcilla. He, in turn, told me that he always consulted with the firm's attorney J. B. Grossman for legal matters and I relied upon those responses.
8. Mr. De Marcilla told me that he had spoken with J.B. Grossman in 2006 about MDF and that MDF and Giron were not subject to the rules or regulations of NFA.

Further Affiant Sayeth Not

Alberto Tarafa

## CERTIFICATE OF SERVICE

The undersigned, an attorney, first being duly sworn on oath, deposes and states that a copy of the attached Notice of Motion and Notice in Joinder in Alaron's Motion to Disqualify J.B. Grossman and Motion to Stay Discovery Until This Court's Ruling on that Motion was served on the parties on the attached service list by e-mail on this 23rd day of January, 2012.

By: /s/ James B. Koch

James B. Koch
Gardiner Koch Weisberg & Wrona
53 W. Jackson Blvd., Suite 950
Chicago, Illinois 60604
Telephone: (312) 362-0000
jkoch@gkwwlaw.com
Atty No.: 29637

## SERVICE LIST

**Counsel for Plaintiffs:**

Jay B. Grossman
J.B. Grossman, P.A.
150 North University Drive, Suite 200
Fort Lauderdale, FL 33324
(954) 452-1118
JBG@JBGrossmanpa.com

Timothy L. Carey
Joanna Collias
Katelyn Quimby
Dewey & Leboeuf LLP
180 N. Stetson Ave, Suite 3700
Chicago, IL 60601
(312)794-8000
tcarey@dl.com
jcollias@dl.com
kquimby@dl.com

**Counsel for Alaron:**

Nicholas P. Iavarone
The Iavarone Law Firm P.C.
33 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 637-9466
niavarone@iavaronefirm.com

**Counsel for George de Marcilla:**

James A. McGurk
Law Offices James A McGurk PC
10 S La Salle St Ste 3300
Chicago, IL 60603-1026
312-236-8900
jamcgurk@flash.net

**Counsel for Jose "Pepe" Ortega:**

Michael A. Rosen
Fowler Rodriguez Valdes-Fauli
355 Alhambra Circle, Suite 801
Coral Gables, FL 33134
(786) 364-8400
mrosen@frvf-law.com

Eugene E. Gozdecki
Jeffrey M. Heftman
Gozdecki, Del Guidice, Americus &
Farkas, LLP
One East Wacker Drive, Suite 1700
Chicago, IL 60601
(312) 782-5010
g.gozdecki@gozdel.com
j.heftman@gozdel.com

**Counsel for Alberto Alvarez:**

Kevin M. Flynn
Kevin M. Flynn & Associates
77 West Wacker Drive
Suite 4800
Chicago, Illinois 60601
(312) 456-0240
kevin@kmflynnlaw.com

David H. Capizzi
The Law Office of David H. Capizzi
77 West Wacker Drive
Suite 4800
Chicago, Illinois 60601
(312) 606-8643
dcapizzi@law-dhc.com